

# NUMBER 13-25-00138-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CHRISTINA CLARK,
CHRISTOPHER CLARK,
AND CLARK PIPELINE, LLC,                                        Appellants,

v.

BONIE KAY BERRY, INDIVIDUALLY;
AS THE INDEPENDENT EXECUTOR
OF THE ESTATE OF DENNIS W. BERRY,
DECEASED; AND IN A DERIVATIVE
CAPACITY FOR THE NOMINAL PLAINTIFFS,                            Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 4
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Cron**

The parties have filed a notice of settlement and a joint motion to voluntarily dismiss this interlocutory appeal, informing the Court that the parties have settled the underlying dispute and wish for the appeal to be dismissed with prejudice. The motion is signed by the parties' attorneys.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. Accordingly, the Court grants the joint motion and dismisses the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(2). Pursuant to their agreement, costs are taxed against the party incurring the same. *See id.* R. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Delivered and filed on the
7th day of August, 2025.

2